Cheryl Johnson-Hartwell (SBN 221063)
E-mail:  cjohnson-hartwell@bwslaw.com
Stephanie A. Quartararo (SBN 317976)
E-mail:  squartararo@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

Attorneys for Defendant
THE AMERICAN NATIONAL RED
CROSS erroneously sued as THE
AMERICAN RED CROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE BRADFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN RED CROSS,<br><br>Defendants. | Case No.  4:21-cv-04153-HSG<br><br>**STIPULATION TO CONTINUE MEDIATION COMPLIANCE DEADLINE; [PROPOSED] ORDER**<br><br>State Complaint Filed:      04/27/2021 |

Plaintiff ADRIENNE BRADFORD and Defendant THE AMERICAN RED CROSS by and through their respective attorneys of record, hereby stipulate as follows:

1. Mediation is currently set for March 21, 2022.

2. At the time the mediation was set, counsel for Defendant was available on March 21, 2022.

3. Due to the resetting of a trial in another matter to March 7, 2022, counsel for Defendant is no longer available on March 21, 2022.

4. The parties and their chosen mediator have conferred and are available to continue mediation until April 8th, 2022, upon the Court's approval.

5. For the reasons stated above, the parties respectfully request this Court

1    change the deadline to complete mediation to April 30, 2022, so that

2    mediation can be rescheduled to April 8, 2022, a date upon which all

3    parties are available.

4    6.  The parties respectfully request that the Court approve this stipulation and

5    incorporate its terms in an Order.

6    **IT IS SO STIPULATED:**

7

8    Dated:  March _4, 2022        BURKE, WILLIAMS & SORENSEN, LLP

9

10    By: */s/ Stephanie A. Quartararo*

11    Cheryl Johnson-Hartwell
        Stephanie A. Quartararo

12    Attorneys for Defendant
        THE AMERICAN NATIONAL RED

13    CROSS erroneously sued as THE
        AMERICAN RED CROSS

14

15    Dated:  March _4, 2022        LAW OFFICES OF JUSTICE OJO

16

17    By: */s/ Justice Ojo*

18    Justice Ojo
        Attorney for Plaintiff
        ADRIENNE BRADFORD

19

20    **ATTESTATION REGARDING SIGNATURES**

21    I, Stephanie A. Quartararo, attest that all signatories listed, and on whose

22    behalf the filing is submitted, concur in the filing's content and have authorized the

23    filing.

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

IRV #4892-1399-2722 v1    - 2 -    STIPULATION TO CONTINUE MEDIATION
COMPLETION DEADLINE; [PROPOSED]
ORDER    4:21-CV-04153-HSG

1

## **ORDER**

2          GOOD CAUSE APPEARING THEREFORE, and the parties' having

3  stipulated to the same, the parties' stipulation is hereby APPROVED.  The

4  mediation completion deadline currently set for March 31, 2022 is continued to

5  April 30, 2022.

6          **IT IS SO ORDERED.**

7

8  Dated: ___3/7/2022_____          _Haywood S. Gill, Jr.____

9                                    Hon. Haywood S. Gilliam, Jr.

10                                   United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

IRV #4892-1399-2722 v1                - 3 -          STIPULATION TO CONTINUE MEDIATION
COMPLETION DEADLINE; [PROPOSED]
ORDER          4:21-CV-04153-HSG