# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE BRADFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN RED CROSS,<br><br>Defendants. | Case No. 4:21-cv-04153-HSG<br><br>**ORDER RE JOINT STIPULATION FOR AN ORDER AMENDING THE SCHEDULING ORDER**<br><br>State Complaint Filed:       04/27/2021 |

Having reviewed the parties' Joint Stipulation for an Order Amending the Scheduling Order, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Stipulation is APPROVED and the Scheduling Order is amended as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Exchange of Opening Expert Reports | August 4, 2022 | August 24, 2022 |
| Exchange of Rebuttal Expert Reports | August 19, 2022 | September 8, 2022 |
| Close of Expert Discovery | September 15, 2022 | October 5, 2022 |

**IT IS SO ORDERED.**

Dated: _____7/26/2022_____

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge