UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE BRADFORD, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE AMERICAN RED CROSS,<br><br>　　　　　　Defendants. | Case No.  4:21-cv-04153-HSG<br><br>**ORDER RE JOINT STIPULATION TO FURTHER AMEND SCHEDULING ORDER**<br><br>State Complaint Filed:　　04/27/2021 |

　　Having reviewed the parties' Joint Stipulation for an Order Amending the Scheduling Order, and good cause appearing therefor:

　　IT IS HEREBY ORDERED that the Stipulation is **DENIED**.

| Event | Current Date | Continued Date |
|---|---|---|
| Exchange of Opening Expert Reports | August 24, 2022 | November 22, 2022 |
| Exchange of Rebuttal Expert Reports | September 8, 2022 | December 7, 2022 |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 1 -

ORDER RE STIP TO FURTHER AMEND
SCHEDULING ORDER
4:21-CV-04153-HSG

| Close of Expert Discovery | October 5, 2022 | January 3, 2023 |
|---|---|---|
| Pretrial Conference | October 11, 2022 at 3:00 p.m. | January 10, 2023 |
| Jury Trial (5-7 days) | October 31, 2022 at 8:30 a.m. | January 31, 2023 |

**IT IS SO ORDERED.**

Dated: 8/31/2022



_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

ORDER RE STIP TO FURTHER AMEND
SCHEDULING ORDER
4:21-CV-04153-HSG