Justice Ojo (SBN 321723)
LAW OFFICES OF JUSTICE OJO
Oakland, CA 94612
Tele: (510) 496-4592
Email: justce.ojo@justiceojolaw.com

Attorney for Plaintiff
Adrienne Bradford

Chery Johnson-Hartwell (SBN 221063)
Email: cjohnson-hartwell@bwslaw.com
Marvin C. Cho (SBN 300941)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street Ste. 2400
Los Angeles, CA 90071-2953
Tel: (213) 236-0600

Attorneys for Defendant
THE AMERICAN NATIONAL RED CROSS
Sued as THE AMERICAN RED CROSS

UNITED STATES DISTRICT COURT

OF NORTHERN CALIFORNIA

| | |
|---|---|
| ADRIENNE BRADFORD,<br><br>       Plaintiff,<br><br>vs.<br><br>THE AMERICAN RED CROSS,<br><br>       Defendant | Case No.: 4:21-cv-04153-HSG<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

       IT IS HERBEY STIPULATED AND AGREED by and between Plaintiff ADRIENNE BRADFORD and Defendant THE AMERICAN NATIONAL RED CROSS (collectively, "Parties"), by and through their respective counsel(s), that the above captioned action be dismissed, with PREJUDICE in its entirety, as to each and every named defendant,

STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE - 1

pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties stipulate for each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: April 11, 2023,  LAW OFFICES OF JUSTICE OJO

By: /s/ Justice Ojo

Justice Ojo
Attorney for Plaintiff
Adrienne Bradford

Dated: April 11, 2023,  BURKE, WILLIAMS & SORESEN, LLP

By: /s/ Marvin C. Cho

Cheryl Johnson-Hartwell
Marvin C. Cho
Attorneys for Defendant
THE AMERICAN NATIONAL RED CROSS
sued as THE AMERICAN RED CROSS

**IT IS SO ORDERED.**

Dated: 4/12/2023

HONORABLE JUDGE HAYWOOD S. GILLIAM, JR.
DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE - 2